IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DWIGHT HALL, JR.,**

    Plaintiff,

v.                        No. CIV -12-883 KBM/WDS

**KEVIN ROMERO, ADAM JARAMILLO
GLENN BIERLY, JOSE SALAZAR, ROBERT
DOBY, JOHN DOE, and BERNALILLO COUNTY
COMMISSIONERS,**

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE